IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

CARLOS EFRAIN LEONEL GARCIA, an individual, on behalf of himself and all those similarly situated,

    Plaintiff,

vs.

AUTOVEST, LLC, a domestic limited liability company;

    Defendant.

Civil Action No. 2:16-cv-00601-JAD-CWH

**ORDER DENYING MOTIONS WITHOUT PREJUDICE IN LIGHT OF ANTICIPATED MOTION TO APPROVE CLASS SETTLEMENT**
[ECF No. 17, 19. 29, 37, 47]

---

The parties, having reached a settlement in principle, have agreed to stay all pending motions. The Parties further agree that they will submit a joint motion for preliminary approval of a class settlement no later than December 16, 2016.

DATED: November 8, 2016

| | |
|---|---|
| **LEGAL AID CENTER OF SOUTHERN NEVADA, INC.,** | **LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.** |
| /s/Dan L. Wulz | /s/Jessica Green |
| Dan L. Wulz, Esq. | Jessica Green, Esq. |
| Nevada Bar No. 5557 | Nevada Bar No. 12383 |
| 725 E. Charleston Blvd. | 9900 Covington Cross Dr., Suite 120 |
| Las Vegas, Nevada  89104 | Las Vegas, Nevada  89117 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

ORDER

IT IS SO ORDERED.  It is further ordered that **all other pending motions** [ECF No. **17** (Motion for Judgment on the Pleadings), **19** (Motion to Dismiss), **29** (Lorraine Belt's Motion to Intervene), and **37** (Motion to Certify Class)] are DENIED without prejudice to the ability to renew these motions in the event that the settlement is not completed or the ability to seek any such relief in conjunction with the motion to approve a class settlement.

_____
Jennifer Dorsey, District Judge

11/14/2016