LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA LLP
R. TRAVIS CAMPBELL (pro hac vice)
California Bar No. 271580
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1006
tcampbell@snllp.com

*Attorneys for Defendant*
*AUTOVEST, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS EFRAIN LEONEL GARCIA, an individual, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOVEST, LLC, a foreign limited liability company;<br><br>Defendant. | CASE NO.: 2:16-cv-00601-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>**(SECOND REQUEST)** |

Plaintiff Carlos Efrain Leonel Garcia ("Plaintiff"), nonparty Lorraine Belt ("Belt"), and defendant Autovest, L.L.C. ("Autovest") (collectively, the "Stipulating Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. On November 8, 2016, the parties filed a Stipulation and Order Staying Pending Motions and Setting Date to Submit Joint Motion Re Approval of Class Settlement. The stipulation stated that the parties have reached a class-wide settlement in principle and that a joint motion for approval of the settlement will be filed on or before December 16, 2016.

2. On November 14, 2016, the Court entered an Order denying all pending motions without prejudice and, consistent with the parties' stipulation, requiring the joint motion for preliminary approval of the settlement to be filed on or before December 16, 2016.

3. Pursuant to the Stipulating Parties' request, on December 15, 2016, the Court extended the deadline file the joint motion for approval of the settlement to January 13, 2017, in order to give Defendant additional time to review its records, to identify necessary class information and to review the settlement documents with its counsel, who was out of the office from December 23, 2016 through January 2, 2017.

4. On January 4, 2017, Defendant proposed several substantive revisions to the terms of the settlement agreement and class notice.

5. On January 10, 2017, Plaintiff and Belt agreed to most of the revisions, however, substantive disagreement remained on at least two remaining issues.

6. On January 12, 2017, the Stipulating Parties met and conferred by phone in attempt to solve those issues.

7. In light of the ongoing negotiations, the Stipulating Parties have agreed to further extend the deadline to file the joint motion for preliminary approval of the settlement from January 13, 2017 to January 31, 2017.

8. The extension is warranted because the Stipulating Parties have been engaged in good faith negotiations in an effort to finalize the settlement and have

made substantial progress.  The Stipulating Parties believe additional time to consider each side's respective positions as to the final remaining issues will be beneficial and increase the likelihood of reaching a final agreement.

9. This is the second stipulation for an extension of time relating to the joint motion for preliminary approval of the settlement.

For the reasons stated herein and pursuant to Local Rules IA 6-1, IA 6-2 and 7-1, the Stipulating Parties hereby agree that the parties' deadline to file the joint motion for preliminary approval of the class settlement is extended from January 13, 2017. to January 31, 2017.

DATED: January 12, 2017            SIMMONDS & NARITA LLP

                                                                   /s/R. Travis Campbell
                                        R. TRAVIS CAMPBELL (pro hac vice)
                                        California Bar #271580
                                        Attorneys for Defendant
                                        44 Montgomery Street, Suite 3010
                                        San Francisco, CA 94104

DATED: January 12, 2017            LEGAL AID CENTER OF
                                        SOUTHERN NEVADA, INC.

                                                /s/Dan L. Wulz
                                        DAN L. WULZ
                                        Nevada Bar #5557
                                        Attorneys for Plaintiff and nonparty
                                        Lorraine Belt
                                        725 E. Charleston Blvd.
                                        Las Vegas, NV 89104

IT IS SO ORDERED

_____
The Honorable Jennifer Dorsey
United States District Judge

DATED: January 13, 2017