LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA LLP
R. TRAVIS CAMPBELL (pro hac vice)
California Bar No. 271580
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Telephone: (415) 283-1006
tcampbell@snllp.com

*Attorneys for Defendant*
*AUTOVEST, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARLOS EFRAIN LEONEL GARCIA, an individual, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOVEST, LLC, a foreign limited liability company;<br><br>Defendant. | CASE NO.: 2:16-cv-00601-JAD-CWH<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO CLASS [DOC. NO. 60]**<br><br>[ECF No. 62] |

Plaintiff Carlos Efrain Leonel Garcia ("Plaintiff"), intervenor Lorraine Belt ("Belt") and defendant Autovest, L.L.C. ("Autovest") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and jointly move for an Order modifying the Court's Order preliminarily approving the class action settlement and class action notice in this matter (Doc. No. 60). In support of the joint motion, the Parties state the following:

1. On March 13, 2017, the Court granted the Parties' Joint Motion for Preliminary Approval of Class Action Settlement and Notice to Class ("Preliminary Approval Order"). Doc. No. 60. The Preliminary Approval Order set the following deadlines:

(a) March 27, 2017 - deadline for settlement administrator to mail notice to class members via first class United States Mail, postage prepaid, at each class member's last known address as contained in Autovest's records;

(b) May 1, 2017 - deadline for class members to opt out of the class;

(c) July 7, 2017 - deadline for class members to object to the proposed settlement and file all papers in support of objection;

(d) July 14, 2017 - deadline for filings in support of the proposed settlement and for class counsel to file a motion for attorneys' fees and costs; and

(e) July 28, 2017 at 9:00 a.m. - hearing on the fairness and reasonableness of the settlement and to determine whether final approval shall been given to it and on the request for attorneys' fees and costs by class counsel.

2. The "Class" is defined as all persons who were sued by Autovest between March 17, 2015 and the future date of entry of a final judgment in this action for the deficiency balance owed under a Simple Interest Vehicle Contract Security Agreement ("Contract(s)") and where the Contracts were secured by a lien

on a motor vehicle. Excluded from the Class are persons who filed for bankruptcy and whose debts under the Contracts were discharged, and individuals who already executed a release of any such claims against Autovest.

3. The Class is composed of two subclasses: a "Judgment Subclass" and a "Non-Judgment Subclass." The Judgment Subclass is comprised of class members against whom Autovest obtained a judgment before the date of a final judgment in this action. The Non-Judgment Subclass is comprised of class members against whom Autovest had not obtained a judgment before the date of a final judgment in this action. Based on a review of its records, Autovest initially believed that the Class consisted of 16 Judgment Subclass members and 52 Non-Judgment Subclass Members, as identified in paragraphs 4 and 5 of the Class Action Settlement Agreement ("Settlement Agreement"). Doc. No. 55-1 at ECF p. 5.

4. Pursuant to the Settlement Agreement, Autovest agreed to apply a credit of $100 to the account of each Judgment Subclass member, and waive the amounts owed by each Non-Judgment Subclass member.

5. On March 27, 2017, the settlement administrator mailed the class notice approved by the Court to the class members. Doc. No. 61.

6. On April 19, 2017, counsel for Plaintiff and Belt provided a list to Autovest's counsel of persons they believed should have been included in the class list, but were not. Upon reviewing the list, Autovest concluded that some class members had been inadvertently left off the class list.

7. On May 3, 2017, the Parties agreed that, after Autovest conducted further investigation to determine the identity and number of additional class members, the Parties would execute an amendment to the Settlement Agreement that includes the previously omitted class members, jointly move the Court to approve the amendment and an amended class notice, and request a continuance of the settlement deadlines in order to provide the amended notice to the Class.

GARCIA v. AUTOVEST, LLC (CASE NO. 2:16-cv-00601-JAD-CWH)
JOINT MOTION AND ORDER TO MODIFY ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT AND NOTICE TO CLASS [DOC. NO. 60]

1

8. Based on the information provided by Plaintiff and Belt's counsel, and after performing its own further investigation, Autovest determined that 31 class members had been inadvertently excluded from the class list (9 Judgment Subclass members and 22 Non-Judgment Subclass members), and one person had been incorrectly included on the list. Accordingly, the Class consists of 25 Judgment Subclass members and 73 Non-Judgment Subclass Members.

9. The vast majority of class members that were omitted were co-borrowers on the same loan as a class member who had been included on the original class list. As a result, those co-borrowers were already scheduled to receive relief as part of the settlement, however, they have not been provided notice of the settlement.

10. The Amendment to the Class Action Settlement Agreement executed by the Parties ("Amendment"), which is attached hereto as **Exhibit 1**, makes the following changes to the Settlement Agreement: (1) the number of Non-Judgment Subclass members has been increased from 52 to 73; (2) the number of Judgment Subclass members has been increased from 16 to 25; and (3) the amount of the debts of Non-Judgment Subclass members being waived by Autovest has been increased from $710,467.34 to $738,096.74. The Amendment attaches as **Exhibit A** an Amended Notice of Proposed Class Action Settlement and Court Hearing ("Amended Notice"), which reflects the increase in the total amount of debt waiver for the Non-Judgment Subclass. These are the only substantive changes to the previously approved Settlement Agreement and class notice.

11. The Parties stipulate and jointly request that the Court enter an Order approving the Amendment, Amended Notice and continuing the class settlement deadlines ("Order"), as follows:

    (a) deadline for settlement administrator to mail Amended Notice to class members = 10 days from Order;

    (b) deadline for class members to opt out of the class = 40 days from Order;

(c) deadline for class members to object to the proposed settlement = 70 days from Order;

(d) deadline for filings in support of the proposed settlement and for class counsel to file a motion for attorneys' fees and costs = 80 days from Order; and

(e) final approval hearing = 100 days from order.

12. Good cause exists for the Court to approve the Amendment and Amended Notice, because they do not materially change the terms of the settlement. The Amendment and Amended Notice simply seek to include certain class members that were inadvertently excluded from the original class list. The class settlement deadlines and final approval hearing should be continued so that class members have an opportunity to receive and, if they choose, respond to the Amended Notice.

Accordingly, for the reasons stated herein, the Parties stipulate and jointly request the Court approve the Amendment, the Amended Notice and reset the class settlement schedule as discussed herein.

**IT IS SO STIPULATED**.

DATED: June 16, 2017       SIMMONDS & NARITA LLP

        /s/R. Travis Campbell
R. TRAVIS CAMPBELL (pro hac vice)
California Bar #271580
Attorneys for Defendant
44 Montgomery Street, Suite 3010
San Francisco, CA 94104

DATED: June 16, 2017       LEGAL AID CENTER OF
SOUTHERN NEVADA, INC.

        /s/Dan L. Wulz
DAN L. WULZ
Nevada Bar #5557
Attorneys for Plaintiff and Intervenor Lorraine Belt
725 E. Charleston Blvd.
Las Vegas, NV 89104

# ORDER

Pursuant to the Stipulation and Joint Request of the Parties, the Court hereby ORDERS as follows:

1. The Amendment to the Class Action Settlement Agreement ("Amendment") executed by the Parties is preliminarily approved.
2. The Amended Notice of Proposed Class Action Settlement and Court Hearing attached to the Amendment as **Exhibit A** is approved.
3. The schedule set forth in the Order Granting the Parties' Joint Motion for Preliminary Approval of Class Action Settlement and Notice to Class (Doc. No. 60) is hereby amended was follows:
   (a) July 3, 2017 - deadline for settlement administrator to mail notice to class members via first class United States Mail, postage prepaid, at each class member's last known address as contained in Autovest's records;
   (b) August 2, 2017 - deadline for class members to opt out of the class;
   (c) September 1, 2017 - deadline for class members to object to the proposed settlement and file all papers in support of objection;
   (d) September 11, 2017 - deadline for filings in support of the proposed settlement and for class counsel to file a motion for attorneys' fees and costs; and
   (e) October 2, 2017 at 1:30 p.m. - hearing on the fairness and reasonableness of the settlement and to determine whether final approval shall been given to it and on the request for attorneys' fees and costs by class counsel.

IT IS SO ORDERED.

Dated: June 23, 2017

_____
U.S. District Judge Jennifer A. Dorsey